UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

SECURITIES AND EXCHANGE COMMISSION,
100 F Street, N.E.
Washington, DC  20549,

     **Plaintiff,**

     v.

CON-WAY INC.,
c/o Charles F. Walker, Esq.
Jennifer L. Spaziano, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington, DC  20005,

     **Defendant.**

**08 1478**

C.A. No. _____ (___)

---

## FINAL JUDGMENT AS TO DEFENDANT CON-WAY INC.

The Securities and Exchange Commission having filed a Complaint and

Defendant Con-way Inc. ("Defendant" or "Con-way") having entered a general

appearance; consented to the Court's jurisdiction over Defendant and the subject matter

of this action; consented to entry of this Final Judgment without admitting or denying the

allegations of the Complaint (except as to jurisdiction); waived findings of fact and

conclusions of law; and waived any right to appeal from this Final Judgment:

**I.**

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant Con-way shall pay a civil penalty in the amount of $300,000 pursuant to Section 21(d)(3) of the Securities and Exchange Act of 1934 [15 U.S.C. § 78u(d)(3)]. Defendant shall make this payment within ten (10) business days after entry of this Final Judgment by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission. The payment shall be delivered or mailed to the Office of Financial Management, Securities and Exchange Commission, Operations Center, 6432 General Green Way, Mail Stop 0-3, Alexandria, Virginia 22312, and shall be accompanied by a letter identifying Con-way Inc. as the defendant in this action; setting forth the title and civil action number of this action and the name of this Court; and specifying that payment is made pursuant to this Final Judgment. Defendant shall contemporaneously provide a copy of the letter to: James J. Bresnicky, Securities and Exchange Commission, 100 F Street, N.E., Washington, D.C. 20549-6041. Defendant shall pay post-judgment interest on any delinquent amounts pursuant to 28 USC § 1961. The Commission shall remit the funds paid pursuant to this paragraph to the United States Treasury.

**II.**

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Consent of Defendant Con-way is incorporated herein with the same force and effect as if fully set forth herein, and that Defendant shall comply with all of the undertakings and agreements set forth therein.

## III.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court

shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final

Judgment.

Dated: ___8/29/___, 2008

_____
UNITED STATES DISTRICT JUDGE

3